

**AIELLO & CANNICK**
Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

VIA ECF
Honorable Philip M. Halpern
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

> Application granted. The plea hearing is adjourned to 12/21/2021 at 3:30 p.m. in courtroom 520.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        October 29, 2021

Re: United States v. Tevin Johnson
    Docket No.: 21 Cr. 642 (PMH)

Dear Judge Halpern:

The above referenced matter is scheduled for a plea hearing on November 3rd, 2021 before Your Honor. Unfortunately, I have a matter to attend to outside of New York State will be unable to appear on this date.

Therefore, I respectfully request that this matter scheduled for November 3rd be adjourned and rescheduled to a date convenient to the Court.

Thank you in advance for your consideration.

Very truly yours,

Deveraux L. Cannick

DLC/mw
cc: AUSA Derek Wikstrom – via email DEREK.WIKSTROM@usdoj.gov