# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*il: info@aiellocannick.com*

> Application granted. The plea hearing is adjourned to 1/10/2022 at 11:00 a.m. in courtroom 520.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>              November 2, 2021

**VIA ECF**
Honorable Philip M. Halpern
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    **United States v. Tevin Johnson**
           **Docket No.:  21 Cr. 642 (PMH)**

Dear Judge Halpern:

    The above referenced matter is now scheduled for a plea hearing on December 21st, 2021 before Your Honor. Unfortunately, I have non-refundable airline tickets for the holidays out of town and will be unable to appear on this date.

    Therefore, I respectfully request that this matter scheduled for December 21st be adjourned and rescheduled to the week of January 10th, 2022 or a date after January 10th convenient to the Court.

    Thank you in advance for your consideration.

                                            Very truly yours,

                                            Deveraux L. Cannick

DLC/mw
cc:  AUSA Derek Wikstrom – via email DEREK.WIKSTROM@usdoj.gov